IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEYES FIBRE CORP., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | NO. 3:17-cv-0613 |
| | ) | JUDGE TRAUGER |
| PACE INDUSTRY UNION-  MANAGEMENT PENSION FUND, | ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Pending before the court is Defendant's Motion to Dismiss Complaint (Docket No. 20). For the reasons stated in the accompanying Memorandum, Defendant's Motion is **GRANTED**, and this action is **DISMISSED.**

IT IS SO ORDERED.

ENTER this 17th day of October 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE